# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA ANN RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00655-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 17) |

On October 20, 2025, a stipulation was filed requesting an extension from October 20, 2025 to November 20, 2025 for Defendant to respond to Plaintiff's motion for summary judgment. (ECF No. 17.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file its response to Plaintiff's motion for summary judgment **on or before November 20, 2025**; and

2. All remaining deadlines as set forth in the scheduling order (ECF No. 8) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **October 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge