# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA ANN RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:25-cv-00655-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF<br><br>(ECF No. 19) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may file a responsive brief to Plaintiff's opening brief in support of whether the Court should affirm, modify, or reverse a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits. 42 U.S.C. 405(g). For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **December 22, 2025**, to file a responsive brief.  The scheduling order (ECF No. 8) otherwise remains controlling.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge