# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA ANN RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00655-SAB<br><br>ORDER RESTIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 26) |

On March 5, 2026, the parties filed a stipulation for the payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d). (ECF No. 26.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of NINE THOUSAND NINE HUNDRED AND 99/100 ($9,999.99) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **March 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1